IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lewis, Simeon

Printed: 5/27/08

Case Number: 07 B 06864
Judge: Wedoff, Eugene R
Filed: 4/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 10, 2008
Confirmed: June 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 763.00 |  |
| Secured: |  | 286.20 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 435.60 |
| Trustee Fee: |  | 41.20 |
| Other Funds: |  | 0.00 |
| Totals: | 763.00 | 763.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 2,000.00 | 435.60 |
| 2. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 3. | Aurora Burlington Credit Union | Secured | 0.00 | 0.00 |
| 4. | Illinois Title Loans | Secured | 3,184.32 | 286.20 |
| 5. | Aurora Loan Service | Secured | 14,794.85 | 0.00 |
| 6. | Mona Miller | Priority | 9,000.00 | 0.00 |
| 7. | B-Real LLC | Unsecured | 578.03 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 264.27 | 0.00 |
| 9. | Jeffrey Leving | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,821.47 | $ 721.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 41.20 |
|  | $ 41.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lewis, Simeon | Case Number:  07 B 06864 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/27/08 | Filed:  4/16/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

